**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **CAROL P. SACHS**, | No. 11-15458 |
| Plaintiff - Appellant, | D.C. No. 3:08-cv-01840-VRW |
| v. | |
| **REPUBLIC OF AUSTRIA; OBB HOLDING GROUP; OBB PERSONENVERKEHR AG**, | **ORDER** |
| Defendants - Appellees. | |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.